```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

v.              Civil No. 06-50054-001 and 002

**BAUDILIO CASTILLO and DONIS CASTILLO**                               DEFENDANTS

**O R D E R**

Now on this 9th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #78, filed December 14, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Mr. William Blair Brady will be allowed to represent the above defendants, Baudillo Castillo and Donis Castillo, in this case.**

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**