IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

v.                                                Criminal No. 5:06CR50054-001 and 002

BAUDILIO CASTILLO, and
DONIS CASTILLO,
       Defendants.

### FINAL ORDER OF FORFEITURE

On December 20, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982; and Federal Rules of Criminal Procedure, Rule 32.2(b), based upon the defendants guilty plea to Count One of the Superseding Indictment.

On January 7, 14, and 21, 2008, the United States published in the <u>Arkansas Democrat Gazette</u>, a newspaper of general circulation in the county in which the defendant properties were found, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice further notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

That based upon the guilty plea, the factual basis presented to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the personal described as:

a. Two hundred eight thousand, six hundred nineteen dollars ($208,619.00) in U.S. currency;

b. Nine thousand, six hundred dollars ($9,600.00) in U.S. currency;

c. Nine hundred, ninety seven dollars ($997.00) in U.S. currency;

d. Thirteen thousand, seventy five dollars and thirteen cents ($13,075.13) in U.S. currency seized from Regions Bank Account #__-____-3046;

e. One 2001 Chevrolet Silverado C1500 HD truck, black in color, VIN # 1GCGK13U71F198572;

f. One 2002 Toyota Tacoma truck, 4-cylinder, maroon in color, VIN # 5TEWM72N32Z042890;

g. One 2001 Honda Accord 2dr Coupe EX V6, black in color, VIN # 1HGCG22561A022787; and

h. One Honda 600 RR motorcycle, VIN # JH2C37056M303524

are hereby forfeited to the United States of America, and shall be disposed of according to law.

IT IS SO ORDERED this 11 day of March, 2008.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE